Employee Name:     Jeanne M. Marich
Employee Number:   51144

# SUMMA HEALTH

## Wages/Earnings - US Dollars, US

| Pay Type | Hours | Wages/Earnings |
|---|---|---|
| Regular Pay | 1082.10 | 36855.95 |
| Shift Diff Weekend Market | 167.40 | 167.40 |
| Overtime Base | 1.40 | 48.30 |
| Overtime Premium | 1.40 | 24.20 |
| Total | 1252.30 | 37095.85 |

## Taxes/Taxable

| Deduction | Amount | Taxable Wages |
|---|---|---|
| Federal Withholding Tax | 1670.74 | 37095.85 |
| Medicare Tax - Employee | 537.89 | 37095.85 |
| Social Security Tax - Employee | 2299.94 | 37095.85 |
| Ohio Withholding Tax | 908.67 | 37095.85 |
| Akron City Tax | 641.63 | 25663.50 |
| Barberton City Tax | 257.24 | 11432.35 |
| Total | 6316.11 | |

## Deductions

| Deduction | Amount | |
|---|---|---|
| Meals | 638.58 | |
| Total | 638.58 | |

Pay Stub

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| | |
|---|---|
| Number | 4248022 |
| Check Date | 06/08/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay  1277.20**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 05/21/2023 | 06/03/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 66.40 | 1525.65 | 10330.55 |
| Total Deductions | | 248.45 | 1585.07 |
| Total Net | | 1277.20 | 8745.48 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular Pay | 44.90 | 33.50 | 1504.15 | 10254.35 |
| Shift Diff Weekend Market | 21.50 | 1.00 | 21.50 | 76.20 |
| Total | 66.40 | | 1525.65 | 10330.55 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 5.87 | 153.21 |
| Barberton City Tax | 29.05 | 94.57 |
| Federal Withholding Tax | 46.03 | 185.12 |
| Medicare Tax - Employee | 22.12 | 149.79 |

| | | |
|---|---|---|
| Ohio Withholding Tax | 34.27 | 210.69 |
| Social Security Tax - Employee | 94.59 | 640.49 |
| Total | 231.93 | 1433.87 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 16.52 | 151.20 |
| Total | 16.52 | 151.20 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1277.20 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Number          4256023
Check Date      06/22/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

Net Pay   1870.99

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 06/04/2023 | 06/17/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 77.10 | 2339.10 | 12669.65 |
| Total Deductions | | 468.11 | 2053.18 |
| Total Net | | 1870.99 | 10616.47 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular Pay | 69.60 | 33.50 | 2331.60 | 12585.95 |
| Shift Diff Weekend Market | 7.50 | 1.00 | 7.50 | 83.70 |
| Total | 77.10 | | 2339.10 | 12669.65 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 58.48 | 211.69 |
| Barberton City Tax | | 94.57 |
| Federal Withholding Tax | 135.92 | 321.04 |
| Medicare Tax - Employee | 33.92 | 183.71 |

Pay Stub

| | | |
|---|---|---|
| Ohio Withholding Tax | 62.70 | 273.39 |
| Social Security Tax - Employee | 145.03 | 785.52 |
| Total | 436.05 | 1869.92 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 32.06 | 183.26 |
| Total | 32.06 | 183.26 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1870.99 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4264089 |
| Check Date | 07/06/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay  1627.99**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 06/18/2023 | 07/01/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 66.90 | 2023.40 | 14693.05 |
| Total Deductions | | 395.41 | 2448.59 |
| Total Net | | 1627.99 | 12244.46 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular Pay | 60.20 | 33.50 | 2016.70 | 14602.65 |
| Shift Diff Weekend Market | 6.70 | 1.00 | 6.70 | 90.40 |
| Total | 66.90 | | 2023.40 | 14693.05 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 50.59 | 262.28 |
| Barberton City Tax | | 94.57 |
| Federal Withholding Tax | 98.04 | 419.08 |
| Medicare Tax - Employee | 29.34 | 213.05 |

Pay Stub

| | | |
|---|---|---|
| Ohio Withholding Tax | 51.64 | 325.03 |
| Social Security Tax - Employee | 125.45 | 910.97 |
| Total | 355.06 | 2224.98 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 40.35 | 223.61 |
| Total | 40.35 | 223.61 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1627.99 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4272174 |
| Check Date | 07/20/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay** 1137.29

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|------|------|------|------|------|------|------|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 07/02/2023 | 07/15/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|------|------|------|------|
| Total Gross | 40.60 | 1360.10 | 16053.15 |
| Total Deductions | | 222.81 | 2671.40 |
| Total Net | | 1137.29 | 13381.75 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|------|------|------|------|------|
| Regular Pay | 40.60 | 33.50 | 1360.10 | 15962.75 |
| Shift Diff Weekend Market | | | | 90.40 |
| Total | 40.60 | | 1360.10 | 16053.15 |

## Taxes/Taxable

| Description | Current | Year to Date |
|------|------|------|
| Akron City Tax | 34.00 | 296.28 |
| Barberton City Tax | | 94.57 |
| Federal Withholding Tax | 29.47 | 448.55 |
| Medicare Tax - Employee | 19.72 | 232.77 |

| | | |
|---|---|---|
| Ohio Withholding Tax | 29.29 | 354.32 |
| Social Security Tax - Employee | 84.33 | 995.30 |
| Total | 196.81 | 2421.79 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 26.00 | 249.61 |
| Total | 26.00 | 249.61 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1137.29 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| | |
|---|---|
| Number | 4280322 |
| Check Date | 08/03/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay** 1630.47

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 07/16/2023 | 07/29/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 65.20 | 2014.90 | 18068.05 |
| Total Deductions | | 384.43 | 3055.83 |
| Total Net | | 1630.47 | 15012.22 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular Pay | 58.20 | 34.50 | 2007.90 | 17970.65 |
| Shift Diff Weekend Market | 7.00 | 1.00 | 7.00 | 97.40 |
| Total | 65.20 | | 2014.90 | 18068.05 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 7.31 | 303.59 |
| Barberton City Tax | 38.76 | 133.33 |
| Federal Withholding Tax | 97.02 | 545.57 |
| Medicare Tax - Employee | 29.22 | 261.99 |

| | | |
|---|---|---|
| Ohio Withholding Tax | 51.34 | 405.66 |
| Social Security Tax - Employee | 124.92 | 1120.22 |
| Total | 348.57 | 2770.36 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 35.86 | 285.47 |
| Total | 35.86 | 285.47 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1630.47 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4288444 |
| Check Date | 08/17/2023 |

VOID VOID VOID VOID VOID VOID VOID VOID

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay** 1951.79

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 07/30/2023 | 08/12/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 78.30 | 2430.00 | 20498.05 |
| Total Deductions | | 478.21 | 3534.04 |
| Total Net | | 1951.79 | 16964.01 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Regular Pay | 70.20 | 34.50 | 2421.90 | 20392.55 |
| Shift Diff Weekend Market | 8.10 | 1.00 | 8.10 | 105.50 |
| Total | 78.30 | | 2430.00 | 20498.05 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 58.18 | 361.77 |
| Barberton City Tax | 2.32 | 135.65 |
| Federal Withholding Tax | 146.83 | 692.40 |
| Medicare Tax - Employee | 35.23 | 297.22 |

| | | |
|---|---:|---:|
| Ohio Withholding Tax | 65.89 | 471.55 |
| Social Security Tax - Employee | 150.66 | 1270.88 |
| Total | 459.11 | 3229.47 |

## Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Meals | 19.10 | 304.57 |
| Total | 19.10 | 304.57 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---:|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1951.79 |

SUMMA HEALTH                                      Number          4296583
1077 Gorge Blvd                                   Check Date      08/31/2023
Akron, OH 44310 United States

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of                               **Net Pay** 2081.86

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203                            NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 08/13/2023 | 08/26/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 82.70 | 2644.80 | 23142.85 |
| Total Deductions | | 562.94 | 4096.98 |
| Total Net | | 2081.86 | 19045.87 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | 1.40 | 34.50 | 48.30 | 48.30 |
| Overtime Premium | 1.40 | 34.50 | 24.20 | 24.20 |
| Regular Pay | 74.40 | 34.50 | 2566.80 | 22959.35 |
| Shift Diff Weekend Market | 5.50 | 1.00 | 5.50 | 111.00 |
| Total | 82.70 | | 2644.80 | 23142.85 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 60.63 | 422.40 |
| Barberton City Tax | 4.94 | 140.59 |

| | | |
|---|---:|---:|
| Federal Withholding Tax | 172.61 | 865.01 |
| Medicare Tax - Employee | 38.35 | 335.57 |
| Ohio Withholding Tax | 73.41 | 544.96 |
| Social Security Tax - Employee | 163.98 | 1434.86 |
| Total | 513.92 | 3743.39 |

## Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Meals | 49.02 | 353.59 |
| Total | 49.02 | 353.59 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---:|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 2081.86 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4304762 |
| Check Date | 09/14/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay  1667.61**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 08/27/2023 | 09/09/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 73.70 | 2117.20 | 25260.05 |
| Total Deductions | | 449.59 | 4546.57 |
| Total Net | | 1667.61 | 20713.48 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 61.00 | 34.50 | 2104.50 | 25063.85 |
| Shift Diff Weekend Market | 12.70 | 1.00 | 12.70 | 123.70 |
| Total | 73.70 | | 2117.20 | 25260.05 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 40.25 | 462.65 |
| Barberton City Tax | 11.41 | 152.00 |

| | | |
|---|---|---|
| Federal Withholding Tax | 109.29 | 974.30 |
| Medicare Tax - Employee | 30.70 | 366.27 |
| Ohio Withholding Tax | 54.93 | 599.89 |
| Social Security Tax - Employee | 131.26 | 1566.12 |
| Total | 377.84 | 4121.23 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 71.75 | 425.34 |
| Total | 71.75 | 425.34 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1667.61 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4312969 |
| Check Date | 09/28/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

**Net Pay**  1857.43

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|------|--------|--------|--------|--------|--------|--------|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 09/10/2023 | 09/23/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|------|------|------|------|
| Total Gross | 79.90 | 2341.15 | 27601.20 |
| Total Deductions | | 483.72 | 5030.29 |
| Total Net | | 1857.43 | 22570.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|------|------|------|------|------|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 67.50 | 34.50 | 2328.75 | 27392.60 |
| Shift Diff Weekend Market | 12.40 | 1.00 | 12.40 | 136.10 |
| Total | 79.90 | | 2341.15 | 27601.20 |

## Taxes/Taxable

| Description | Current | Year to Date |
|------|------|------|
| Akron City Tax | 29.66 | 492.31 |
| Barberton City Tax | 25.98 | 177.98 |

| | | |
|---|---|---|
| Federal Withholding Tax | 136.17 | 1110.47 |
| Medicare Tax - Employee | 33.95 | 400.22 |
| Ohio Withholding Tax | 62.77 | 662.66 |
| Social Security Tax - Employee | 145.15 | 1711.27 |
| Total | 433.68 | 4554.91 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 50.04 | 475.38 |
| Total | 50.04 | 475.38 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1857.43 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4321187 |
|---|---|
| Check Date | 10/12/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay** 1829.21

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 09/24/2023 | 10/07/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 66.90 | 2308.05 | 29909.25 |
| Total Deductions | | 478.84 | 5509.13 |
| Total Net | | 1829.21 | 24400.12 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 66.90 | 34.50 | 2308.05 | 29700.65 |
| Shift Diff Weekend Market | | | | 136.10 |
| Total | 66.90 | | 2308.05 | 29909.25 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 37.35 | 529.66 |
| Barberton City Tax | 18.32 | 196.30 |

| | | |
|---|---:|---:|
| Federal Withholding Tax | 132.20 | 1242.67 |
| Medicare Tax - Employee | 33.46 | 433.68 |
| Ohio Withholding Tax | 61.61 | 724.27 |
| Social Security Tax - Employee | 143.10 | 1854.37 |
| Total | 426.04 | 4980.95 |

## Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Meals | 52.80 | 528.18 |
| Total | 52.80 | 528.18 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---:|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1829.21 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| | |
|---|---|
| Number | 4329387 |
| Check Date | 10/26/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay  1798.42**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 10/08/2023 | 10/21/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 73.20 | 2267.45 | 32176.70 |
| Total Deductions | | 469.03 | 5978.16 |
| Total Net | | 1798.42 | 26198.54 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 65.50 | 34.50 | 2259.75 | 31960.40 |
| Shift Diff Weekend Market | 7.70 | 1.00 | 7.70 | 143.80 |
| Total | 73.20 | | 2267.45 | 32176.70 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 35.99 | 565.65 |
| Barberton City Tax | 18.63 | 214.93 |

Pay Stub

| | | |
|---|---|---|
| Federal Withholding Tax | 127.32 | 1369.99 |
| Medicare Tax - Employee | 32.88 | 466.56 |
| Ohio Withholding Tax | 60.19 | 784.46 |
| Social Security Tax - Employee | 140.59 | 1994.96 |
| Total | 415.60 | 5396.55 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 53.43 | 581.61 |
| Total | 53.43 | 581.61 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1798.42 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

| Number | 4337632 |
| Check Date | 11/09/2023 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

**Net Pay  1804.59**

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 10/22/2023 | 11/04/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 72.30 | 2229.70 | 34406.40 |
| Total Deductions | | 425.11 | 6403.27 |
| Total Net | | 1804.59 | 28003.13 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 64.40 | 34.50 | 2221.80 | 34182.20 |
| Shift Diff Weekend Market | 7.90 | 1.00 | 7.90 | 151.70 |
| Total | 72.30 | | 2229.70 | 34406.40 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 8.74 | 574.39 |
| Barberton City Tax | 42.31 | 257.24 |

| | | |
|---|---:|---:|
| Federal Withholding Tax | 122.79 | 1492.78 |
| Medicare Tax - Employee | 32.33 | 498.89 |
| Ohio Withholding Tax | 55.23 | 839.69 |
| Social Security Tax - Employee | 138.24 | 2133.20 |
| Total | 399.64 | 5796.19 |

## Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Meals | 25.47 | 607.08 |
| Total | 25.47 | 607.08 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---:|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1804.59 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Number     4345834
Check Date    11/22/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay**   2138.03

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 11/05/2023 | 11/18/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 93.20 | 2689.45 | 37095.85 |
| Total Deductions | | 551.42 | 6954.69 |
| Total Net | | 2138.03 | 30141.16 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 77.50 | 34.50 | 2673.75 | 36855.95 |
| Shift Diff Weekend Market | 15.70 | 1.00 | 15.70 | 167.40 |
| Total | 93.20 | | 2689.45 | 37095.85 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 67.24 | 641.63 |
| Barberton City Tax | | 257.24 |

| | | |
|---|---|---|
| Federal Withholding Tax | 177.96 | 1670.74 |
| Medicare Tax - Employee | 39.00 | 537.89 |
| Ohio Withholding Tax | 68.98 | 908.67 |
| Social Security Tax - Employee | 166.74 | 2299.94 |
| Total | 519.92 | 6316.11 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 31.50 | 638.58 |
| Total | 31.50 | 638.58 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 2138.03 |

Pay Stub

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Number      4354055
Check Date      12/07/2023

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

Net Pay   1641.63

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | 9469 | 51144 | 1300 | 63800 | 11/19/2023 | 12/02/2023 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 74.20 | 2020.55 | 39116.40 |
| Total Deductions | | 378.92 | 7333.61 |
| Total Net | | 1641.63 | 31782.79 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 48.30 |
| Overtime Premium | | | | 24.20 |
| Regular Pay | 58.10 | 34.50 | 2004.45 | 38860.40 |
| Shift Diff Weekend Market | 16.10 | 1.00 | 16.10 | 183.50 |
| Total | 74.20 | | 2020.55 | 39116.40 |

## Taxes/Taxable

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 30.47 | 672.10 |
| Barberton City Tax | 18.04 | 275.28 |

| | | |
|---|---|---|
| Federal Withholding Tax | 97.70 | 1768.44 |
| Medicare Tax - Employee | 29.30 | 567.19 |
| Ohio Withholding Tax | 48.98 | 957.65 |
| Social Security Tax - Employee | 125.28 | 2425.22 |
| Total | 349.77 | 6665.88 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 29.15 | 667.73 |
| Total | 29.15 | 667.73 |

## Auto Deposit Distributions

| Routing | Account | Amount |
|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx9172 | 1641.63 |