Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio   44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19903 | | | Pay Period: 04/30/2023 - 05/13/2023 | Pay Date: 05/19/2023 | |
|---|---|---|---|---|---|---|---|

**Employee**

Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203

**SSN**

\*\*\*-\*\*-9469

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 2,537.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple | -7.61 | -76.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| New Franklin- Payroll Employee | -5.08 | -50.80 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -40.00 |
| Social Security Employee | -15.74 | -157.33 |
| Medicare Employee | -3.68 | -36.79 |
| OH - Withholding | -1.50 | -15.00 |
|  | -30.00 | -299.92 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple Company | 7.61 | 76.10 |

| **Net Pay** | 216.14 | 2,161.48 |
|---|---|---|

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio   44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19918 | | | Pay Period: 05/21/2023 - 06/03/2023 | Pay Date: 06/01/2023 | |
|---|---|---|---|---|---|---|---|

**Employee**

Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203

**SSN**

\*\*\*-\*\*-9469

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 2,791.25 | Simple Company | 7.61 | 83.71 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple | -7.61 | -83.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| New Franklin- Payroll Employee | -5.08 | -55.88 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -44.00 |
| Social Security Employee | -15.73 | -173.06 |
| Medicare Employee | -3.68 | -40.47 |
| OH - Withholding | -1.50 | -16.50 |
|  | -29.99 | -329.91 |

| Net Pay | 216.15 | 2,377.63 |
|---|---|---|

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio   44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19924 | | | **Pay Period: 05/28/2023 - 06/10/2023** | | **Pay Date: 06/16/2023** | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Non-taxable Company Items** | | **Current** | **YTD Amount** |
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 3,045.00 | Simple Company | | 7.61 | 91.32 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | | |
| Simple | | | -7.61 | -91.32 | | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | |
| New Franklin- Payroll Employee | | | -5.08 | -60.96 | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | |
| Federal Withholding | | | -4.00 | -48.00 | | | | |
| Social Security Employee | | | -15.73 | -188.79 | | | | |
| Medicare Employee | | | -3.68 | -44.15 | | | | |
| OH - Withholding | | | -1.50 | -18.00 | | | | |
| | | | -29.99 | -359.90 | | | | |
| **Net Pay** | | | **216.15** | **2,593.78** | | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio   44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19936 | | | **Pay Period: 06/11/2023 - 06/24/2023** | **Pay Date: 06/30/2023** | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Non-taxable Company Items** | **Current** | **YTD Amount** |
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 3,298.75 | Simple Company | 7.61 | 98.93 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -98.93 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -66.04 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -52.00 | | | |
| Social Security Employee | | | -15.73 | -204.52 | | | |
| Medicare Employee | | | -3.68 | -47.83 | | | |
| OH - Withholding | | | -1.50 | -19.50 | | | |
| | | | -29.99 | -389.89 | | | |
| **Net Pay** | | | **216.15** | **2,809.93** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio  44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio   44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19944 | | | **Pay Period: 06/25/2023 - 07/08/2023** | **Pay Date: 07/14/2023** | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Non-taxable Company Items** | **Current** | **YTD Amount** |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 3,552.50 | Simple Company | 7.61 | 106.54 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -106.54 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -71.12 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -56.00 | | | |
| Social Security Employee | | | -15.74 | -220.26 | | | |
| Medicare Employee | | | -3.68 | -51.51 | | | |
| OH - Withholding | | | -1.50 | -21.00 | | | |
| | | | -30.00 | -419.89 | | | |
| **Net Pay** | | | **216.14** | **3,026.07** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio   44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio 44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19950 | | | **Pay Period:** 07/09/2023 - 07/22/2023 | **Pay Date:** 07/28/2023 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 3,806.25 | Simple Company | 7.61 | 114.15 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -114.15 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -76.20 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -60.00 | | | |
| Social Security Employee | | | -15.73 | -235.99 | | | |
| Medicare Employee | | | -3.68 | -55.19 | | | |
| OH - Withholding | | | -1.50 | -22.50 | | | |
| | | | -29.99 | -449.88 | | | |
| **Net Pay** | | | **216.15** | **3,242.22** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio 44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio 44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19966 | | | Pay Period: 07/23/2023 - 08/05/2023 | Pay Date: 08/11/2023 | |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Non-taxable Company Items** | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 4,060.00 | Simple Company | 7.61 | 121.76 |
| **Deductions From Gross** | | | Current | YTD Amount | | | |
| Simple | | | -7.61 | -121.76 | | | |
| **Taxes** | | | Current | YTD Amount | | | |
| New Franklin- Payroll Employee | | | -5.08 | -81.28 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -64.00 | | | |
| Social Security Employee | | | -15.73 | -251.72 | | | |
| Medicare Employee | | | -3.68 | -58.87 | | | |
| OH - Withholding | | | -1.50 | -24.00 | | | |
| | | | -29.99 | -479.87 | | | |
| **Net Pay** | | | 216.15 | 3,458.37 | | | |

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 19980 | | | **Pay Period: 08/13/2023 - 08/26/2023** | **Pay Date: 08/25/2023** | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Non-taxable Company Items** | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 4,313.75 | Simple Company | 7.61 | 129.37 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -129.37 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -86.36 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -68.00 | | | |
| Social Security Employee | | | -15.73 | -267.45 | | | |
| Medicare Employee | | | -3.68 | -62.55 | | | |
| OH - Withholding | | | -1.50 | -25.50 | | | |
| | | | -29.99 | -509.86 | | | |
| **Net Pay** | | | **216.15** | **3,674.52** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio  44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | Check number: 19997 | | | | Pay Period: 08/19/2023 - 09/02/2023 | Pay Date: 09/07/2023 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 4,567.50 | Simple Company | 7.61 | 136.98 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -136.98 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -91.44 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -72.00 | | | |
| Social Security Employee | | | -15.74 | -283.19 | | | |
| Medicare Employee | | | -3.68 | -66.23 | | | |
| OH - Withholding | | | -1.50 | -27.00 | | | |
| | | | -30.00 | -539.86 | | | |
| **Net Pay** | | | **216.14** | **3,890.66** | | | |

Manchester Animal Clinic, Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20009 | | | Pay Period: 09/03/2023 - 09/16/2023 | Pay Date: 09/22/2023 | |
|---|---|---|---|---|---|---|---|

**Employee**

Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203

**SSN**

***-**-9469

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 4,821.25 | Simple Company | 7.61 | 144.59 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple | -7.61 | -144.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| New Franklin- Payroll Employee | -5.08 | -96.52 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -4.00 | -76.00 |
| Social Security Employee | -15.73 | -298.92 |
| Medicare Employee | -3.68 | -69.91 |
| OH - Withholding | -1.50 | -28.50 |
|  | -29.99 | -569.85 |

| **Net Pay** | **216.15** | **4,106.81** |
|---|---|---|

Manchester Animal Clinic, Inc., 5885 Manchester Road, Akron, Ohio  44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio  44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20025 | | | Pay Period: 09/17/2023 - 09/30/2023 | Pay Date: 10/06/2023 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Non-taxable Company Items** | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 5,075.00 | Simple Company | 7.61 | 152.20 |
| **Deductions From Gross** | | | Current | YTD Amount | | | |
| Simple | | | -7.61 | -152.20 | | | |
| **Taxes** | | | Current | YTD Amount | | | |
| New Franklin- Payroll Employee | | | -5.08 | -101.60 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -80.00 | | | |
| Social Security Employee | | | -15.73 | -314.65 | | | |
| Medicare Employee | | | -3.68 | -73.59 | | | |
| OH - Withholding | | | -1.50 | -30.00 | | | |
| | | | -29.99 | -599.84 | | | |
| **Net Pay** | | | **216.15** | **4,322.96** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio  44319, MANCHESTER ANIMAL CLINIC                                                                                      Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio   44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20035 | | | **Pay Period: 09/30/2023 - 10/14/2023** | **Pay Date: 10/19/2023** | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Non-taxable Company Items** | **Current** | **YTD Amount** |
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 5,328.75 | Simple Company | 7.61 | 159.81 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -159.81 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -106.68 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -84.00 | | | |
| Social Security Employee | | | -15.73 | -330.38 | | | |
| Medicare Employee | | | -3.68 | -77.27 | | | |
| OH - Withholding | | | -1.50 | -31.50 | | | |
| | | | -29.99 | -629.83 | | | |
| **Net Pay** | | | **216.15** | **4,539.11** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio   44319, MANCHESTER ANIMAL CLINIC                              Powered by **Intuit Payroll**

Manchester Animal Clinic, Inc.
5885 Manchester Road
Akron, Ohio 44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20046 | | | Pay Period: 10/08/2023 - 10/21/2023 | Pay Date: 11/03/2023 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 5,582.50 | Simple Company | 7.61 | 167.42 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -167.42 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -111.76 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -88.00 | | | |
| Social Security Employee | | | -15.74 | -346.12 | | | |
| Medicare Employee | | | -3.68 | -80.95 | | | |
| OH - Withholding | | | -1.50 | -33.00 | | | |
| | | | -30.00 | -659.83 | | | |
| **Net Pay** | | | **216.14** | **4,755.25** | | | |

Manchester Animal Clinic, Inc., 5885 Manchester Road, Akron, Ohio 44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio   44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20056 | | | Pay Period: 10/29/2023 - 11/11/2023 | Pay Date: 11/17/2023 | |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203 | | | | | ***-**-9469 | | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Non-taxable Company Items** | Current | YTD Amount |
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 5,836.25 | Simple Company | 7.61 | 175.03 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -175.03 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -116.84 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -92.00 | | | |
| Social Security Employee | | | -15.73 | -361.85 | | | |
| Medicare Employee | | | -3.68 | -84.63 | | | |
| OH - Withholding | | | -1.50 | -34.50 | | | |
| | | | -29.99 | -689.82 | | | |
| **Net Pay** | | | **216.15** | **4,971.40** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio   44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**

Manchester Animal Clinic , Inc.
5885 Manchester Road
Akron, Ohio 44319

Jeanne M Marich
1462 McTweed Lane
Barberton, OH 44203

| **Employee Pay Stub** | | Check number: 20075 | | | **Pay Period: 11/12/2023 - 11/25/2023** | **Pay Date: 12/01/2023** | |
|---|---|---|---|---|---|---|---|

**Employee**

Jeanne M Marich, 1462 McTweed Lane, Barberton, OH 44203

**SSN**

***-**-9469

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly Regular Rate | 17.50 | 14.50 | 253.75 | 6,090.00 | Simple Company | 7.61 | 182.64 |
| **Deductions From Gross** | | | **Current** | **YTD Amount** | | | |
| Simple | | | -7.61 | -182.64 | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | |
| New Franklin- Payroll Employee | | | -5.08 | -121.92 | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | |
| Federal Withholding | | | -4.00 | -96.00 | | | |
| Social Security Employee | | | -15.73 | -377.58 | | | |
| Medicare Employee | | | -3.68 | -88.31 | | | |
| OH - Withholding | | | -1.50 | -36.00 | | | |
| | | | -29.99 | -719.81 | | | |
| **Net Pay** | | | **216.15** | **5,187.55** | | | |

Manchester Animal Clinic , Inc., 5885 Manchester Road, Akron, Ohio 44319, MANCHESTER ANIMAL CLINIC

Powered by **Intuit Payroll**