# IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF OHIO

IN RE:                                    CASE NO. 24-50082

                                          CHAPTER 7

NICHOLAS F. MARICH
JEANNE M. MARICH
                                          JUDGE ALAN M. KOSCHIK

        *Debtors.*
_____/

## AFFIDAVIT IN SUPPORT OF REAFIRMATION AGREEMENT

Jeanne M. Marich, being first duly sworn deposes and states as follows:

1. I am the debtor in the above Chapter 7 case.

2. Since the time of the bankruptcy filing, my income has increased.

3. A copy of my current paystub is attached as Exhibit A.

4. In addition to increased income, debtors have significant financial support from members of their family and can afford to make the payments required under the Reaffirmation Agreement.

5. Further affiant sayeth not.

_____
JEANNE M. MARICH
Affiant

Subscribed and sworn to before me this 3rd
day of October 2024 by Jeanne M. Marich

_____

NOTARY PUBLIC
IN AND FOR THE STATE OF OHIO

JAMIE L. HOFFMAN
Attorney at Law
Notary Public, State of Ohio
My Comm. Has No Exp. Date
R.C. Sec. 147.03

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Jeanne M. Marich
1462 MCTWEED LN
NEW FRANKLIN, OH 44203
US

**Net Pay 2075.30**

NON-NEGOTIABLE

| Name | Serial Number | Employee Number | Phone Number | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Jeanne M. Marich | ██ | ██ | 1300 | 63800 | 09/08/2024 | 09/21/2024 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 96.70 | 2602.70 | 43263.86 |
| Total Deductions | | 527.40 | 8308.13 |
| Total Net | | 2075.30 | 34955.73 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Overtime Base | | | | 421.05 |
| Overtime Premium | | | | 211.91 |
| Regular Pay | 71.60 | 36.00 | 2577.60 | 42358.80 |
| Shift Diff Weekend Market | 25.10 | 1.00 | 25.10 | 272.10 |
| Total | 96.70 | | 2602.70 | 43263.86 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 49.81 | 839.38 |
| Barberton City Tax | 13.74 | 218.03 |



| | Current | Year-to-Date |
|---|---|---|
| Federal Withholding Tax | 159.71 | 2173.93 |
| Medicare Tax - Employee | 37.74 | 627 33 |
| Ohio Withholding Tax | 66.38 | 1064.83 |
| Social Security Tax - Employee | 161.37 | 2682.36 |
| Total | 488.75 | 7605.86 |

## Aftertax Deductions

| Description | Current | Year-To-Date |
|---|---|---|
| Meals | 38.65 | 702.27 |
| Total | 38.65 | 702.27 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| ▬ | ▬ | ▬ | 2075.30 |